UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIAUNTAE JAMAR MONTGOMERY,<br><br>           Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al.,<br><br>           Defendants. | Case No. 2:23-cv-06468-SSS (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONSLUCIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that Judgment be entered dismissing this action without prejudice.

Dated: November 8, 2024

SUNSHINE S. SYKES
United States District Judge

1