JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIAUNTAE JAMAR MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-06468-SSS (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the action is dismissed without prejudice.

Dated: November 8, 2024

_____
SUNSHINE S. SYKES
United States District Judge

1